1  MARK GOLDROSEN, Bar No. 101731
   Attorney at Law
2  255 Kansas Street
   Suite 340
3  San Francisco, CA  94107
   TEL:  (415) 565-9600
4  FAX: (415) 565-9601
   markgoldro@aol.com
5
   Attorney for Defendant JIANNA COPPEDGE
6

7
                     UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                            OAKLAND VENUE
10

11
   UNITED STATES OF AMERICA,     )    No. 23-MJ-70426-MAG
12                               )
           Plaintiff,            )    **STIPULATION TO CONTINUE**
13 vs.                           )    **STATUS CONFERENCE AND EXCLUDE**
                                 )    **TIME FROM JUNE 22, 2023 TO**
14 JIANNA COPPEDGE,              )    **JULY 12, 2023 AND ORDER**
                                 )
15         Defendant.            )

16 ─────────────────────────────

17         The above-captioned case is currently scheduled for a status conference on **June 22, 2023**,

18 **at 10:30 a.m.** The government has provided defense counsel with new discovery over the last several

19 weeks. The parties would like to continue the hearing to **July 12, 2023, at 10:30 a.m.** to allow

20 additional time for the parties to engage in discussions about potential resolution prior to Indictment,

21 and for defense to review discovery. Furthermore, the government may have additional discovery

22 to produce to defense counsel, as the discovery in this case is voluminous. Believing such

23 discussions to be in the interests of justice, the parties represent that good cause exists and therefore

24 agree to extend the deadlines for a preliminary hearing under Rule 5.1(d) of the Federal Rules of

25 Criminal Procedure and exclude time under the "Speedy Indictment" provisions of the Speedy Trial

26 Act. *See* 18 U.S.C. § 3161(b). Accordingly, the parties hereby stipulate and agree to a new hearing

27 date on July 12, 2023, for status conference before the Duty Magistrate Judge.

28         The parties also stipulate and agree to request that the time between **June 22, 2023 and July**

1  **12, 2023** be excluded to facilitate discussions related to resolution prior to Indictment, and for
2  effective preparation pursuant to 18 U.S.C. § 3161(h)(7).
3  IT IS SO STIPULATED.
4  DATED: June 20, 2023                                        /s/
                                                              **KENNETH CHAMBERS**
5                                                              Assistant United States Attorney
6
   DATED: June 20, 2023                                        /s/
7                                                              **MARK GOLDROSEN**
                                                              Counsel for Defendant Jianna Coppedge
8

**ORDER**

The above-entitled matter is currently scheduled for status conference on **June 22, 2023, at 10:30 a.m.** The parties are requesting a continuance to **July 12, 2023, at 10:30 a.m.** The parties are seeking this continuance in order to engage in discussions about potential resolution of this matter prior to Indictment, and for defense counsel to review new discovery that has been produced. Furthermore, the government may need to produce additional discovery in this matter. Defense counsel will need additional time to review the additional discovery. With the consent of the United States, and taking into account the public interest in the prompt disposition of criminal cases, the court sets the status conference to the date set forth below, and based on parties' showing of good cause, finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

The parties have agreed to waive and exclude time for the preliminary hearing under the Speedy Trial Act. The government has no objection to this proposed continuance. Therefore, for good cause shown the hearing currently scheduled on **June 22, 2023** shall be vacated. The matter shall be continued until **July 12, 2023, at 10:30 a.m.** The time shall be excluded from the running of the speedy trial clock for effective preparation of counsel under U.S.C. § 3161(h)(7).

**IT IS SO ORDERED.**

Dated: \_\_June 21, 2023\_\_



_____
HON. DONNA M. RYU
CHIEF MAGISTRATE JUDGE