ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KENNETH CHAMBERS (NYBN 5559885)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    kenneth.chambers@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JIANNA COPPEDGE,<br><br>    Defendant. | NO. 4:23-MJ-70426-MAG<br><br>**SECOND AMENDED STIPULATION TO CONTINUE PRELIMINARY HEARING AND EXCLUDE TIME FROM AUGUST 25, 2023 TO OCTOBER 4, 2023 AND [PROPOSED] ORDER** |

    The above-captioned case is currently scheduled for a preliminary hearing/arraignment on **August 25, 2023,** at **10:30 am**. The government has provided defense counsel with discovery. The government will also be providing defense counsel with additional discovery materials. Accordingly, the parties would like to continue the hearing to **October 4, 2023,** to allow additional time for the parties to engage in discussions about potential resolution prior to Indictment, and for defense to review discovery. Furthermore, the government has additional discovery to produce to defense counsel, as the discovery in this case is voluminous. Believing such discussions to be in the interests of justice, the parties represent that good cause exists and therefore agree to extend the

deadlines for a preliminary hearing under Rule 5.1(d) of the Federal Rules of Criminal Procedure and exclude time under the "Speedy Indictment" provisions of the Speedy Trial Act. *See* 18 U.S.C. § 3161(b). Accordingly, the parties hereby stipulate and agree to a new hearing date on **October 4, 2023,** for preliminary hearing or arraignment. The parties also stipulate and agree to request that the time between **August 25, 2023,** and **October 4, 2023,** be excluded to facilitate discussions related to resolution prior to Indictment, and for effective preparation pursuant to 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED.

DATED: August 23, 2023

/s/
**KENNETH CHAMBERS**
Assistant United States Attorney

DATED: August 23, 2023

/s/
**MARK GOLDROSEN**
Counsel for Defendant Jianna Coppedge

## ~~[PROPOSED]~~ ORDER

The above-entitled matter is currently scheduled for preliminary hearing/arraignment on **August 25, 2023**, at **10:30 am**. The parties are requesting a continuance to **October 4, 2023**. The parties are seeking this continuance in order to engage in discussions about potential resolution of this matter prior to Indictment, and for defense counsel to review discovery that has been produced. Furthermore, the government will produce additional discovery in this matter. Defense counsel will need additional time to review the additional discovery. With the consent of the United States, and taking into account the public interest in the prompt disposition of criminal cases, the court sets the preliminary hearing to the date set forth below, and based on parties' showing of good cause, finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

The parties have agreed to waive and exclude time for the preliminary hearing under the Speedy Trial Act. The government has no objection to this proposed continuance. Therefore, for good cause shown the hearing currently scheduled on **August 25, 2023,** shall be vacated. The matter shall be continued until **October 4, 2023**. The time shall be excluded from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C. § 3161(h)(7).

**IT IS SO ORDERED**.

Dated:   August 24, 2023

By: _____
HON. DONNA M. RYU
CHIEF UNITED STATES MAGISTRATE JUDGE